**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**TOMMY HARNESS**                                                                        **PLAINTIFF**

vs.                                          **CASE NO: 1:23-CV-00210-HSO-MTP**

**CHEVRON U.S.A. INC.**                                              **DEFENDANT**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tommy Harness and Defendant Chevron U.S.A. Inc., a Pennsylvania corporation, file this *Joint Stipulation of Dismissal with Prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have resolved this dispute and agree to dismiss the above-captioned action against Chevron, including all claims asserted against it by Plaintiff, with prejudice.

THIS the 6th day of December, 2024.

BY:

| | |
|---|---|
| **CHEVRON U.S.A. INC.,** <br> **a Pennsylvania Corporation** | **TOMMY HARNESS** |
| By: */s/ Malissa Wilson* <br> Malissa Wilson (MSB #100751) <br> Edwin S. Gault, Jr. (MSB #10187) <br> Molly H. McNair (MSB #105706) <br> FORMAN WATKINS & KRUTZ LLP <br> 210 East Capitol St., Suite 2200 <br> Jackson, Mississippi 3920 <br> malissa.wilson@formanwatkins.com <br> win.gault@formantwatkins.com <br> molly.mcnair@formanwatkins.com <br> Phone: (601) 960-3173 <br> Facsimile: (601) 960-8613 | */s/ Keith B. French* <br> Keith B. French (MSB #104628) <br> Keith B. French Law, PLLC <br> 401 E. Capitol St., Suite 515 <br> Jackson, MS 39201 <br> kfrench@peoplefirstfirm.com <br><br> */s/ Ahmad Smith* <br> Ahmad R. Smith (MSB #104595) <br> A. R. Smith Law, PLLC <br> Post Office Box 16392 <br> Jackson, MS 39236 <br> ahmad@arsmithlaw.com |
| **ITS ATTORNEYS** | **HIS ATTORNEYS** |